**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** III    **Investigating Agency** FBI

**City** Watertown    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number 22-8155-PGL and 23-8074-PGL
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Noel Haro    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Shirley, MA

Birth date (Yr only): 1975   SSN (last4#): 3821   Sex: M   Race: White   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Alathea Porter and Charles Dell'Anno    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/04/2023    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Noel Haro

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine and 40 grams or more of fentanyl | 1 |
| Set 2 | 21 USC §841 & 18 USC §2 | Distibution and possession with intent to distribute 50 grams or more of methamphetamine | 2 and 3 |
| Set 3 | 21 USC §841 & 18 USC §2 | Distribution and possession with intent to distribute 40 grams or more of fentnayl | 4 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet                                      U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II    **Investigating Agency** FBI

**City** Watertown                **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number   22-8155-PGL and 23-8074-PGL
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name**  Marcos Haro                **Juvenile:**  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name** _____

**Address**  (City & State) Sacramento, California

**Birth date (Yr only):** 1985   **SSN (last4#):** 7490   **Sex** M   **Race:** White   **Nationality:** USA

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA**  Alathea Porter and Charles Dell'Anno   **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested       ☐ Regular Process       ☑ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

x  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/4/2023        **Signature of AUSA:** _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Marcos Haro

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine and 40 grams or more of fentanyl | 1 |
| Set 2 | 21 USC §841 & 18 USC §2 | Distibution and possession with intent to distribute 50 grams or more of methamphetamine | 2 and 3 |
| Set 3 | 21 USC §841 & 18 USC §2 | Distribution and possession with intent to distribute 40 grams or more of fentnayl | 4 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**